IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FRANK PLACENCIA, MD and, § <br> JENNIFER LEIGH GARDNER § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> ALLSTATE INSURANCE COMPANY § <br> AND TERRI NAVA, A/K/A § <br> TERRI PRESTON § <br> Defendants § | CASE NO. 4:16-cv-01000 |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the Joint Motion to Dismiss With Prejudice filed herein on behalf of Plaintiff, Frank Placencia, MD and Jennifer Leigh Gardner, and Defendants, Allstate Insurance Company and Terri Nava, A/K/A Terri Preston,

**IT IS ORDERED** that the Joint Motion to Dismiss With Prejudice be and it is hereby granted and that all claims by Plaintiff, Plaintiff, Frank Placencia, MD and Jennifer Leigh Gardner, and Defendants, Allstate Insurance Company and Terri Nava, A/K/A Terri Preston are dismissed. Each party will pay its own Court costs.

So ordered this 10th day of May, 2017, in Houston, Texas.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE